**DBL** DUNLAP BENNETT & LUDWIG

1509 Gilpin Avenue, Suite 2<br>
Wilmington, DE 19806<br>
302-216-8141<br>
brickwood@dbllawyers.com

April 17, 2026

<u>VIA CM/ECF:</u>
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re:    *Buffalo Games, LLC v. MerchSource, LLC*, No. 1:26-cv-00055-JLH – Joint Letter Regarding Rule 16 Scheduling Conference

Dear Judge Hall:

Under the Court's Oral Order dated March 17, 2026, Plaintiff Buffalo Games, LLC ("Buffalo Games") and Defendant MerchSource, LLC ("MerchSource") (collectively, the "Parties") hereby provide the following joint letter in preparation for the Rule 16 Scheduling Conference.

## A.    Description of the Case

This is a case for patent infringement under 35 U.S.C. § 271. In particular, Buffalo Games asserts that MerchSource has infringed U.S. Patent No. 9,927,672 (the "'672 Patent"), which is titled "Multicolored Pressure Sensitive Liquid Crystal Device." Buffalo Games alleges that certain of MerchSource's products, including both the "FAO Schwarz Magic Art LCD Drawing Tablet" and the "Discovery Bright Doodles LCD Art Tablet," infringe at least claims 1 and 24 of the '672 Patent by incorporating features such as pressure-sensitive liquid crystal layers with multiple color regions. Buffalo Games further alleges that MerchSource's infringement has been willful, citing MerchSource's failure to cease sales despite repeated notifications and evidence of infringement. Buffalo Games seeks damages, injunctive relief, and other remedies for the alleged infringement. MerchSource denies the allegations, asserting non-infringement, invalidity, and other defenses, including lack of proper marking under 35 U.S.C. § 287, and denies that Buffalo Games is entitled to any relief.

## B.    The Parties' Positions Regarding any Disputes in the Proposed Scheduling Order

The Parties do not have any disputes with the Proposed Scheduling Order.

## C.    Other Issues the Parties Want to Address at the Rule 16 Scheduling Conference

The Parties are not aware of any other issues to address at the Rule 16 Scheduling Conference at this time.

Judge Jennifer L. Hall
April 17, 2026
Page 2

Counsel for the Parties are available at the Court's convenience should Your Honor have any questions regarding the foregoing.

Sincerely,

/s/ *Brandon K. Rickwood*
Brandon Rickwood (#6528)


CC:    Counsel of Record